

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2014

No. 04-14-00497-CV

David **GOAD**,
Appellant

v.

**THE COUNTY OF GUADALUPE**, Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1923-CV
William Old, Judge Presiding

## O R D E R

On July 7, 2014, appellant filed a notice of appeal from the trial court's June 4, 2014 judgment.[1] On September 30, 2014, appellant filed an affidavit of inability to pay costs in this court. It appears appellant did not file his affidavit in the trial court.

A party who cannot pay the costs of an appeal must file an affidavit of indigence "in the trial court with or before the notice of appeal." TEX. R. APP. P. 20.1(c)(1). Appellant's affidavit was therefore due in the trial court on July 7, 2014, the date his notice of appeal was filed, or a motion for extension of time to file the affidavit was due in this court fifteen days later, on July 22, 2014. *See* TEX. R. APP. P. 20.1(c)(1), (3).

We construed the affidavit filed in this court as a motion for extension of time to file the affidavit in the trial court. Although the affidavit was filed outside the fifteen-day deadline set forth in Rule 20.1(3), we noted that an untimely affidavit of indigence can be "adequate to fulfill the fundamental purpose of Rule 20.1." *Higgins v. Randall County Sheriff's Office*, 257 S.W.3d 684 (Tex. 2008). Accordingly, we granted the motion to extend time to file an affidavit of inability to pay costs and ordered the clerk of this court to send copies of the affidavit and this order to the district clerk, the court reporter, and all parties. *See* TEX. R. APP. P. 20.1(d)(2). We further ordered that any contest to the affidavit of indigence had to be filed in this court on or before October 13, 2014. As of the date of this order, no contest was filed.

---

[1] This is the date the notice of appeal was filed in the trial court. The notice of appeal was not forwarded to this court until July 16, 2014. The date of the judgment is based on a statement in the notice of appeal – the clerk's record has not yet been filed.

Accordingly, we find appellant is indigent. Because appellant is indigent, the district clerk must file the clerk's record without requiring payment from appellant. Accordingly, we **ORDER** the district clerk to file the clerk's record in this court without cost to appellant on or before November 20, 2014.

We **order** the clerk of this court to serve copies of this order on appellant, all counsel, and the district clerk.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2014.

_____
Keith E. Hottle
Clerk of Court